JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDS UNITED, LTD.,

Petitioner,

v.

UNIVERSAL STUDIOS LICENSING, LLC and UNIVERSAL STUDIOS LIMITED,

Respondents.

Case No. 2:21-cv-08764-SB-KS

**FINAL JUDGMENT**

For the reasons set forth in the separate order denying Petitioner's petition to vacate the arbitration award entered this day, it is

ORDERED AND ADJUDGED that Petitioner Brands United, Ltd. shall take nothing on its claims against Respondents Universal Studios Licensing, LLC and Universal Studios Limited, and Petitioner's action is DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: January 14, 2022

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE