**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDS UNITED LTD., | Case No. 2:21-cv-08764-SB-KS |
| Petitioner, | **AMENDED JUDGMENT** |
| vs. | |
| UNIVERSAL STUDIOS LICENSING LLC and UNIVERSAL STUDIOS LIMITED, | Judgment Entered: January 14, 2022 |
| Respondents. | |

For the reasons set forth in the separate order denying Petitioner's petition to vacate the arbitration award entered January 14, 2022, and the order granting Respondents' motion for prevailing party attorney's fees entered February 25, 2022, it is hereby

ORDERED AND ADJUDGED that Petitioner Brands United, Ltd. shall take nothing on its claims against Respondents Universal Studios Licensing, LLC and Universal Studios Limited, and Petitioner's action is DISMISSED on the merits with prejudice.  It is further

ORDERED AND ADJUDGED that Petitioner Brands United, Ltd. shall pay to Respondents Universal Studios Licensing, LLC and Universal Studios Limited their reasonable attorney's fees in the amount of $46,950.00.

This is a Final Judgment.

Dated:  March 24, 2022

*/s/ Stanley Blumenfeld, Jr.*
Stanley Blumenfeld, Jr.
United States District Judge